# IN THE SUPREME COURT OF THE STATE OF NEVADA

INNA OXENUK,
                          Appellant,
          vs.
TOYOTA MOTOR CREDIT
CORPORATION,
                          Respondent.

No. 69848

FILED

OCT 03 2016

TRACIE K. LINDEMAN
**CLERK** OF SUPREME COURT
**BY** S. Young
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order granting summary judgment. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

This appeal was docketed in this court on February 26, 2016. On March 15, 2016, this court issued a notice to appellant regarding the filing deadlines in this appeal. When appellant failed to file the pro se informal brief or opening brief, this court, on August 11, 2016, entered an order directing appellant, within 15 days, to file the missing document. We cautioned appellant that failure to comply timely with our order could result in the dismissal of this appeal. *See* NRAP 31(d). To date, appellant has failed to file the document. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____Douglas_____, J.          _____Gibbons_____, J.
Douglas                                 Gibbons

16 - 30630

cc: Hon. Ronald J. Israel, District Judge
Inna Oxenuk
Patenaude & Felix, APC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A